ROUSE v. TELEGRAPH Co., from Iredell County. Motion

to dismiss for failure to print, allowed. L. C. Caldwell for plaintiff; Armfield & Turner for defendant.